UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA ALANIZ, | ) | No. CV 13-6865 GW (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| D. K. JOHNSON, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: December 18, 2015

*/s/ George H. Wu*

GEORGE H. WU
United States District Judge